DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENDRIA WALKER,**
Appellant,

v.

**TORRANCE DANIEL LA ANTHONY DAVIS,**
Appellee.

No. 4D19-1103

[January 30, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE 19-000011 (59).

Monika L. Woodard of the Woodard Law, PLLC, Hollywood, for appellant.

Torrance Davis II, Lauderhill, pro se.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***